UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

YING SUN,
JIAN WANG,
FRANK LIU,
DIELONG WU,
LARRY LAI,
JIE LIN, and
STEVEN WOO,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GOVERNMENT'S
FORFEITURE BILL
OF PARTICULARS

21 Cr. 343 (SHS)

Pursuant to *United States* v. *Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Counts One and Two of the Indictment, and as alleged in the forfeiture allegations and/or substitute asset provisions therein, includes the following:

    a. $150,000.00 in United States currency seized on or about April 22, 2021 from a vehicle operated by JIE LIN, in Arcadia CA.

Dated:    New York, New York
            October 14, 2021

                                      Respectfully Submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                         By: _____
                                      Brett M. Kalikow
                                      Assistant United States Attorney
                                      Telephone: (212) 637-2220