March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

LARRY LAI,

          Defendant(s).

-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 343 (SHS)( )

Defendant  LARRY LAI  _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_ Initial Appearance/Appointment of Counsel

\_\_\_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Preliminary Hearing on Felony Complaint

\_\_\_ Bail/Revocation/Detention Hearing

XX Status and/or Scheduling Conference

\_\_\_ Misdemeanor Plea/Trial/Sentence

_[Signature]_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Larry Lai**
Print Defendant's Name

_[Signature]_
Defense Counsel's Signature

**David Touger**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

**05/23/22**
Date

_[Signature]_
U.S. District Judge/U.S. Magistrate Judge