## PELUSO & TOUGER, LLP
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
August 5, 2022

Honorable Sidney H. Stein
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Larry Lai,
    21 CR 343 (SHS)

Your Honor,

Mr. Lai was released from custody on July 21, 2021 on a $200,000,00 bond cosigned by another individual.  He has been completely compliant with all the rules and regulations of Pre-Trial Services since his release.  With the consent of the Government he now respectfully asks that he be allowed to travel by car to Georgia[1] to visit his son and grandchild.  He has not seen his family in quite some time due to the Covid pandemic and his current legal situation.  He would be traveling from August 22 until September 5th.

Thank you very much for your consideration of this matter.

Respectfully yours,

David Touger

**Defendant's request to travel to Georgia as set forth above is granted.**

Dated: New York, New York
       August 5, 2022

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.

---

[1] Pre-Trial Services and the Government have been given the exact location in Georgia where he will be staying.