**PELUSO & TOUGER, LLP**
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
*PelusoandTouger.com*

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
August 16, 2022

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Larry Lai,
    21 CR 343 (SHS)

Your Honor,

Mr. Lai was released from custody on July 21, 2021 on a $200,000,00 bond cosigned by another individual. He has been completely compliant with all the rules and regulations of Pre-Trial Services since his release. With the consent of the Government this Court recently approved Mr. Lai for travel to Georgia to visit his son and grandchild. Mr. Lai just learned that his son and granddaughter are going to visit with his niece in Florida during the time period of his trip. Thus Mr. Lai would like to change the destination of the trip to his niece's house in Florida.[1] Again he would be traveling from August 22 until September 5th.

Thank you very much for your consideration of this matter.

Respectfully yours,

David Touger

**The request to travel to Florida is granted.**

Dated: New York, New York
       August 16, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.

---

[1] Pre-Trial Services and the Government will be given the exact location in Florida where he will be staying.