**PELUSO & TOUGER, LLP**
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
December 1, 2022

Honorable Sidney H. Stein
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Larry Lai,
   21 CR 343 (SHS)

Your Honor,

Mr. Lai was released from custody on July 21, 2021 on a $200,000,00 bond cosigned by another individual. He has been completely compliant with all the rules and regulations of Pre-Trial Services since his release. With the consent of the Government and Pre-Trial Services, Mr. Lai would respectfully request permission to travel to his niece's wedding in Pigeon Forge, Tenn. and then travel to his niece's home located at: 4537 Caladium Court, Kissimmee Florida 34758. He will be leaving by car with other family members on December 8th be in Pigeon Forge until December 11th and then driving to Kissimmee and coming home on December 20th. This Court has allowed Mr. Lai to travel on prior occasions and there have been no violations committed by Mr. Lai.

Thank you very much for your consideration of this matter.

Respectfully yours,

David Touger

**Defendant's request to travel to Florida as set forth above is granted.**

**Dated: New York, New York**
   **December 2, 2022**

SO ORDERED:

Sidney H. Stein, U.S.D.J.