**PELUSO & TOUGER, LLP**
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
March 17, 2023

Honorable Sidney H. Stein
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Larry Lai,
    21 CR 343 (SHS)

Your Honor,

Mr. Lai's case is currently scheduled to be sentenced on April 4th before your Honor. The Court had originally requested the defense Sentencing Memo be submitted on March 14th. I am most respectfully requesting, with the consent of the Government that counsel be allowed to submit the Sentencing Memo on March 21st. I apologize for the delay and the late request, but we are waiting for some necessary paperwork.

Thank you very much for your consideration of this matter.

Respectfully yours,

David Touger

The defense submission is due by March 21, the government submission is due by March 28, 2023.

Dated: New York, New York
       March 17, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.