**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 31, 2023

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Larry Lai*, **21 Cr. 343 (SHS)**

Dear Judge Stein:

The Government respectfully writes, with the defense's consent, to request that the sentencing of defendant Larry Lai in the above-referenced case be adjourned from 11am to 2pm on April 4, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Jonathan L. Bodansky
Matthew R. Shahabian
Assistant United States Attorneys
(212) 637-2385 / -1046

cc: David Touger, Esq.

So ordered
3/31/2023
Sidney H. Stein
U.S.D.J.